# U.S. District Court
## Western District of Tennessee (Memphis)
### CIVIL DOCKET FOR CASE #: 2:04-cv-02509-SHM-tmp

04cv12289 PBS

Doyle v. Pfizer, Inc. et al
Assigned to: Samuel H. Mays, Jr
Referred to: Tu M. Pham
Case in other court: Chancery Court Fayette County, 13691
Cause: 28:1441 Petition for Removal

Date Filed: 07/07/2004
Jury Demand: Both
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Miscellaneous**

**Barbara Walls**        represented by **Barbara Walls**
CHANCERY COURT, 25TH JUDICIAL DISTRICT
Fayette County Courthouse
Somerville, TN 38068
901-465-2461
Fax: prose
PRO SE

**Plaintiff**

**James Doyle**
*On Behalf Of Himself And All Others Similarly Situated*

represented by **Andrew S. Johnston**
MINOR & JOHNSTON, P.C.
124 East Market Place
Somerville, TN 38068
901-465-3117
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John S. Wilder, Sr.**
WILDER & SANDERS
108 E. Court Square
Somerville, TN 38068-1436
901-465-3616
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**        represented by **Prince C. Chambliss, Jr.**
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120
901-525-6781
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**     represented by   **Prince C. Chambliss, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**     represented by   **Prince C. Chambliss, Jr.**
*A Division of Warner-Lambert*       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2004 | 1 | NOTICE OF REMOVAL by Parke-Davis, Pfizer, Inc. from Chancery Court, Fayette County, TN, case number Civil No. 13691. ( Filing fee $ 150 ) (ehg, ) (Entered: 07/08/2004) |
| 07/26/2004 | 2 | MOTION to Remand (..to the Chancery Court of Fayette County, TN). by James Doyle. (ehg, ) (Entered: 07/27/2004) |
| 07/26/2004 | 3 | MEMORANDUM in Support re [2] MOTION to Remand filed by James Doyle. (ehg, ) (Entered: 07/27/2004) |
| 07/26/2004 | 4 | CERTIFICATE of Consultation re [2] MOTION to Remand by Andrew S. Johnston, John S. Wilder Sr. on behalf of James Doyle (ehg, ) (Entered: 07/27/2004) |
| 08/10/2004 | 5 | RESPONSE/REPLY OF DEFENDANTS IN OPPOSITION TO MOTON TO REMAND AND MEMORANDUM IN SUPPORT re [2] MOTION to Remand filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company. (ehg, ) (Entered: 08/11/2004) |
| 08/10/2004 | 6 | MOTION for Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation by Pfizer, Inc., Warner-Lambert Company. (ehg, ) (Entered: 08/11/2004) |
| 08/10/2004 | 7 | MEMORANDUM in Support re [6] MOTION for Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation filed by Pfizer, Inc., Warner-Lambert Company. (ehg, ) (Entered: 08/11/2004) |
| 08/12/2004 | 8 | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR STAY PENDING TRANSFER BY THE JUDICIAL PANEL ON MNULTI-DISTRICT LITIGATION.. denying [6] Motion to Stay . Signed by Judge Tu M. Pham. (ehg, ) (Entered: 08/12/2004) |
| 09/02/2004 | 9 | MOTION to Stay Pending Transfer by the Judicial Panel on Multidistrict Litigaton by Pfizer, Inc., Warner-Lambert Company. (ehg, ) (Entered: 09/03/2004) |

| | | |
|---|---|---|
| 09/02/2004 | 10 | MEMORANDUM in Support re [9] MOTION for Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation filed by Pfizer, Inc., Warner-Lambert Company. (ehg, ) (Entered: 09/03/2004) |
| 09/02/2004 | 11 | LOCAL RULE 7.02 CERTIFICATE of CONSULTATION re [9] MOTION to Stay by Prince C. Chambliss Jr. on behalf of Pfizer, Inc., Warner-Lambert Company (ehg, ) (Entered: 09/03/2004) |
| 09/02/2004 | 12 | STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER by James Doyle, Parke-Davis, Pfizer, Inc., Warner-Lambert Company. (ehg, ) (Entered: 09/03/2004) |
| 09/09/2004 | 13 | RESPONSE to Motion re [9] MOTION to Stay filed by Plaintiff James Doyle. (jae, ) (Entered: 09/10/2004) |
| 09/09/2004 | 14 | Plaintiff's Memorandum In Response to Motion re [9] MOTION to Stay Pending Transfer By The Judicial Panel On Multidistric Litigation filed by James Doyle. (jae, ) (Entered: 09/10/2004) |
| 09/20/2004 | 15 | MOTION for Leave to File Reply Memorandum In Support of Motion For Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation by Pfizer, Inc., Warner-Lambert Company. (ehg, ) (Entered: 09/21/2004) |
| 09/20/2004 | 16 | MEMORANDUM in Support re [15] MOTION for Leave to File Reply Memorandum In Support of Motion for Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation. filed by Pfizer, Inc., Warner-Lambert Company. (ehg, ) (Entered: 09/21/2004) |
| 09/20/2004 | 17 | Local Rule 7.02 CERTIFICATE of Consultation re [15] MOTION for Leave to File by Prince C. Chambliss Jr. on behalf of Pfizer, Inc., Warner-Lambert Company (ehg, ) (Entered: 09/21/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:30:39 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-02509-SHM-tmp |
| Billable Pages: | 2 | Cost: | 0.14 |