# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

FILED IN CLERK'S OFFICE
2004 NOV 12 P 3:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

November 8, 2004

United States District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA   02210

Attn: Tony Anastas, Clerk

   IN RE Neurontin Marketing and Sales Practices Litigation
   ..MDL 1629

       Doyle vs.  Pfizer, Inc., et al.   (04-2509-Ma)
       (District of MA no. 1:04cv12289 PBS)

Dear Clerk of Court:

   Enclosed is our entire case file, certified copy of docket entries, and Transfer Order for the above-listed case. Also enclosed is a copy of your letter requesting these documents pursuant to 28 U.S.C. 1407.

   Please acknowledge receipt of same by copy of this letter.

                                   Sincerely,

                                   ROBERT R. Di TROLIO, Clerk

                               BY: *Earline Grayer*
                                   Deputy Clerk

Encl.
cc:  Judge
     file

RECEIVED DOCUMENTS ON # 18
day of November          , 2004.
By: Christine Patti

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301